# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio
Phone (212) 593-5458
Fax (212) 593-6970
pjfazio@arfdlaw.com

December 6, 2023

<u>VIA ECF</u>
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007
Attention: The Honorable Judge Jennifer L. Rochon

Re: JiYoung Yoon v. Tesla Motors, Inc.
    Our File No: 5460.006
    Civil No.: 23-cv-07354 (JLR)

Dear Judge Rochon:

Our office has been retained to represent Tesla, Inc., sued herein as "Tesla Motors, Inc." in the above referenced matter.

This matter is currently scheduled for an initial conference on December 13, 2023 at 10:00a.m. The undersigned is currently engaged in trial and respectfully requests that the initial conference be adjourned to December 19th, 2023 at 3:30p.m.[1]

No previous requests to adjourn the initial conference have been made and counsel for the Plaintiffs consent to this request.

Thank you for the Court's consideration of this request.

Very truly yours,
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Peter J. Fazio

Cc: All Parties VIA ECF

The request is GRANTED. The initial pretrial conference is adjourned to **December 19, 2023 at 3:30 p.m.**

Dated: December 6, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

---

[1] This date and time were obtained from the Court before submitting this application.