UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIYOUNG YOON, Individually and as the Administratrix of the Estate of Jyung Woo Hahn, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC.<br><br>Defendant. | Case No. 7:23-cv-07354 (CS)<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Plaintiff, JIYOUNG YOON, Individually and as the Administratrix of the Estate of Jyung Woo Hahn, Deceased, and Defendant, TESLA MOTORS, INC., through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with the parties to bear their own attorneys' fees, costs, and expenses.

Dated: November 25, 2024

Respectfully submitted,

/s/ *Steven E. Nauman*
**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126 (admitted *pro hac vice*)
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
Secondary Email: loranirivera@forthepeople.com
*Counsel for Plaintiff*

*Peter J. Fazio*
Peter J. Fazio, Esq.
Aaronson Rappaport Feinstein & Deutsch, LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 593-5458
Fax: (212) 593-6970
E-Mail: pjfazio@arfdlaw.com
*Counsel for Tesla, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 25, 2024, the foregoing document was filed with the Court's CM/ECF system, which will cause a notice of electronic filing to be served on all counsel of record.

    /s/ *Steven E. Nauman*
**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126 (admitted *pro hac vice*)
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
Secondary Email: loranirivera@forthepeople.com
*Counsel for Plaintiff*